NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7009

RASHID EL MALIK,

Claimant-Appellant,

v.

ERIC K. SHINSEKI,
Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 08-1981, Judge Bruce E. Kasold.

ON MOTION

ORDER

Rashid El Malik moves to voluntarily dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Each side shall bear its own costs.

FOR THE COURT

MAY 1 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Rashid El Malik
       Douglas G. Edelschick, Esq.

s17

ISSUED AS A MANDATE:    MAY 1 8 2009

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 8 2009

JAN HORBALY
CLERK